ORIGINAL



FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

STATE OF MONTANA,

Plaintiff,

vs.

LEROY FRANCIS TOUPE,

Defendant.

ORDER

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On January 31, 2024, the Montana Department of Health and Human Services (DPHHS), via counsel, filed a Motion for Disqualification for Cause, an affidavit in support, and supplemental exhibits, seeking to disqualify the Honorable Deborah Kim Christopher from presiding in Cause No. DC-24-2023-0000168-IN in the Twentieth Judicial District Court, Lake County, pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge Christopher has recused herself from this case.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Christopher is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to all counsel of record in Cause No. DC-24-2023-0000168-IN, and the Honorable Deborah Kim Christopher.

DATED this 20th day of February, 2024.

_____
Chief Justice